IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02949-RBJ-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2008 DUCATI MOTORCYCLE,

    Defendant.

_____

**ORDER DISMISSING ACTION**
_____

THIS MATTER comes before the Court on the United States' Motion to Dismiss Action, and the Court having read said motion and being fully advised in the premises;

FINDS THAT the United States has commenced this action *in rem* pursuant to 21 U.S.C. § 881;

THAT the United States has resolved all issues with regards to the defendant Ducati; and

THAT pursuant to 28 U.S.C. § 2465, there was reasonable cause for instituting this action against defendant Ducati.

NOW THEREFORE, IT IS ORDERED that this action is dismissed with prejudice, and a Certificate of Reasonable Cause, which this Order constitutes, is granted pursuant to 28 U.S.C. § 2465.

SO ORDERED this 30th day of October, 2013.

BY THE COURT:

_____
R. BROOKE JACKSON
United States District Court Judge